AARON D. FORD
Attorney General
DARBY G. PHELPS, Bar No. 14599
Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: dphelps@ag.nv.gov
*Attorneys for Defendant Martin Naughton*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

OMAR MCINTOSH,

    Plaintiff,

v.

MARSHA JOHNS, et al.,

    Defendants

Case No. 3:17-cv-00590-RCJ-WGC

**ORDER OF DISMISSAL**

It is hereby stipulated and agreed by and between Plaintiff, Omar McIntosh, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Darby G. Phelps, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

_____
Omar McIntosh, Plaintiff
*Pro Se*

Dated: 4·9·2019

AARON D. FORD
Attorney General

By: _____
Darby G. Phelps (Bar No. 14599)
Deputy Attorney General
Attorneys for Defendants

Dated: 4/24/2019

IT IS SO ORDERED.

Dated: April 25, 2019.

_____
UNITED STATES DISTRICT JUDGE

1